08 CV 01653

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SH MARINE LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

RECEIVED
FEB 19 2008
U.S.D.C. S.D. N.Y.
C. SHIP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SH MARINE LTD.,                                            :

                    Plaintiff,                            :

                                                          :       08 Civ.

         - against -                                      :       **FRCP 7.1**

                                                          :

COSCO SHIPYARD GROUP CO., LTD., and                       :
COSCO (SHANGHAI) SHIPYARD CO., LTD.,                      :

                                                          :

                    Defendants.                          :
------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, SH Marine Ltd.

certifies it has no parent corporation and its shares are not publicly traded in the United

States.

Dated:  New York, New York
        February 19, 2008

                              NOURSE & BOWLES, LLP
                              Attorneys for Plaintiff
                              SH MARINE LTD.

                              By:_____
                                  Armand M. Paré, Jr. (AP-8575)
                                  One Exchange Plaza
                                  At 55 Broadway
                                  New York, New York 10006
                                  (212) 952-6200